■ In the Matter of MICHAEL J. LYNCH, JR., et al., Petitioners, v. JOHN J. GARDNER et al., Constituting the Board of Appeals on Zoning of the City of New Rochelle, Respondents.— Motions for leave to intervene as party respondents in a proceeding transferred to this court for disposition, granted. Motions by intervening respondents to dismiss proceeding denied, on condition that

petitioners perfect the proceeding and be ready to argue or submit it at the October Term, beginning October 2, 1961; proceeding ordered on the calendar for said term. The record and petitioners' brief must be served and filed on or before August 15, 1961. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.